IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LUCY A. TOOMER, Personal** | * | Case No.  93-3220 (MD) |
| **Representative of the Estate of** | * | Case No. MDL-875 (PA |
| **JAMES A. MEREDITH** | * | |
| **Now Deceased** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SUBSTITUTION OF PARTIES**

1. Antoinette D. Pernal-Alford moves this Court for an Order substituting her, in her capacity as Successor Personal Representatives of the Estate of James A. Meredith, Plaintiff's decedent, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2. On October 14, 1994, James A. Meredith, Plaintiff's decedent in the above matte, died. On May 2, 1995, Lucy A. Toomer was duly appointed Personal Representative of the Estate of James A. Meredith, deceased, by the Register of Wills for Baltimore City, Maryland.

3. On March 20, 2005, Lucy A. Toomer, Personal Representative of the Estate of James A. Meredith, died.

4. On July 28, 2005, Antoinette D. Pernal-Alford was appointed Successor Personal Representative of the Estate of James A. Meredith by the Register of Wills for Baltimore City, Maryland.

5.      Antoinette D. Pernal-Alford is duly qualified and is now acting as Successor Personal Representative of the Estate of James A. Meredith.

**WHEREFORE,** Antoinette D. Pernal-Alford, Successor Personal Representative of the Estate of James A. Meredith, requests this Court to substitute her as Plaintiff herein in place of Lucy A. Toomer.

/s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

/s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**
