IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LUCY A. TOOMER,** | * | Case No. 93-3220 (MD) |
| **Personal Representative of the Estate** | * | Case No. MDL-875 (PA) |
| **of JAMES A. MEREDITH** | * | |
| **Now Deceased** | * | |
| | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2005 a copy of Plaintiff's Motion to Substitute Parties and Proposed Order, which were electronically filed in this case on November 18, 2005, was mailed via first class mail, postage prepaid, to the following parties:

        M. King Hill, III, Esquire
        Venable, LLP
        210 Allegheny Avenue
        PO Box 5517
        Towson, Maryland 21204
        Attorney for Rapid American Corp.

        Geoffrey S. Gavit, Esquire
        Gavit & Datt
        15850 Crabbs Branch Way, Ste. 180
        Rockville, Maryland 20850
        Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
    To CBS Corp.

John S. Cobb, Esquire
North & Cobb
7313 York Road
Towson, Maryland 21204
Attorney for General Refractories Co.

Mauricio E. Barreiro
115 E. Chesapeake Avenue
Towson, Maryland 21204
Attorney for Corhart Refractories Co.

                       /s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**