IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LUCY A. TOOMER, Personal Representative of the Estate of JAMES A. MEREDITH Now Deceased | * * * * | Case No. 93-3220 (MD) Case No. MDL-875 (PA) |
| Plaintiff | * | |
| v. | * | |
| AC&S, INC., et al. | * | |
| Defendants | * | |



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1.   On Motion of Antoinette D. Pernal-Alford, for substitution in place of Lucy A. Toomer, Personal Representative of the Estate of James A. Meredith, now deceased, it appearing to the Court that the said Lucy A. Toomer was duly appointed Personal Representative of the Estate of James A. Meredith on May 2, 1995 by the Register of Wills for Baltimore City, Maryland; that Lucy A. Toomer, Personal Representative of the Estate of James A. Meredith, died on March 20, 2005; that Antoinette D. Pernal-Alford was appointed Successor Personal Representative of the Estate of James A. Meredith on July 28, 2005 and that she is qualified and is acting as Successor Personal Representative of the Estate of James A. Meredith.

**IT IS ORDERED,** that Antoinette D. Pernal-Alford, Successor Personal Representative of the Estate of James A. Meredith, be substituted as Plaintiff herein in the place of Lucy A. Toomer, Personal Representative of the Estate of James A. Meredith, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be

amended accordingly.

_____
JUDGE  James T. Giles

12/13/2005
**Date**